USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_______________
DATE FILED: 11/23/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHENZHEN SIYINGHUI TECHNOLOGY CO., LTD.,

Plaintiff,

-v-

SHENZHEN LANHE TECHNOLOGIES CO., LTD.,

Defendant.

26-cv-10147 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

On November 22, 2026, Plaintiff Shenzhen Siyinghui Technology Co., Ltd., filed an application for an order to show cause and temporary restraining order against Defendant Shenzhen Lanhe Technologies Co., Ltd. Dkt. No. 6. The Court is also in receipt of communications sent to Chambers over email by Plaintiff and Defendant, which are attached to this Order.

Defendant has leave to file a memorandum of law in opposition to Plaintiff's application no later than Wednesday, December 2, 2026. Plaintiff may file a reply memorandum of law in further support of its application no later than Friday, December 4, 2026.

The Court will hold a hearing on the application on December 11, 2026 at 3:30 p.m remotely via Microsoft Teams Video Conference. The parties will be provided instructions to access the hearing via email. Members of the public can access the hearing through the Court's audio-only teleconference line by dialing 646-453-4442 and using Conference ID # 358639322.

SO ORDERED.

Dated: November 23, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge

| | |
|---|---|
| **From:** | Edward Rice |
| **To:** | Nitin Kaushik \| KaushikLex; Liman NYSD Chambers |
| **Cc:** | steve@fairchildlegal.com; Marina Saito; Steve Lubezny |
| **Subject:** | Re: URGENT – Siyinghui v. Lanhe, No. 1:26-cv-10147-LJL – Application for Order to Show Cause and Temporary Restraining Order (ECF No. 6) |
| **Date:** | Monday, November 23, 2026 12:23:30 PM |
| **Attachments:** | image001[30].png |

**CAUTION - EXTERNAL:**

Dear Judge Liman:

My firm represents Defendant Lanhe and will enter an appearance shortly. Lanhe intends to oppose Plaintiff's application for an order to show cause and a temporary restraining order (ECF No. 6).

Lanhe requests leave to file its opposition by Wednesday, December 2, 2026. I spoke with Plaintiff's counsel (Nitin Kaushik) this morning, and he confirmed that Plaintiff does not object to the requested deadline.

We will submit this request by letter-motion on ECF once our appearance is on file.

By appearing and opposing the application, Lanhe does not waive service of the summons and complaint under the Hague Service Convention.

Respectfully,

**Edward Rice**
Partner

**Rice Technology Law Group**

+1 224.331.0175

ed@ricetechlaw.com

www.ricetechlaw.com

555 Skokie Blvd., Suite 500
Northbrook, Illinois 60062

This e-mail message is intended for the above-named recipient(s) only. This message may contain confidential and privileged attorney-client communications. If you received this message in error, please notify us immediately and delete the original message.

---

**From:** Nitin Kaushik | KaushikLex <nkaushik@kaushiklex.com>
**Date:** Sunday, November 22, 2026 at 10:01 PM

**To:** LimanNYSDChambers@nysd.uscourts.gov
<LimanNYSDChambers@nysd.uscourts.gov>
**Cc:** Edward Rice <ed@ricetechlaw.com>; steve@fairchildlegal.com
<steve@fairchildlegal.com>
**Subject:** URGENT – Siyinghui v. Lanhe, No. 1:26-cv-10147-LJL – Application for Order to Show Cause and Temporary Restraining Order (ECF No. 6)

Dear Judge Liman:

I represent Plaintiff Shenzhen Siyinghui Technology Co., Ltd. in the above action. Pursuant to Paragraph 3(G) of Your Honor's Individual Practices, attached are the papers in support of Plaintiff's application for an order to show cause and temporary restraining order, filed tonight as ECF No. 6: the proposed Order to Show Cause, the Memorandum of Law, the Declaration of Nitin Kaushik with Exhibits 1 and 2, and the Declaration of Liu Qun.

Defendant's counsel, Edward H. Rice and Steven R. Fairchild, received notice of the application with the papers before filing and are copied on this email.

I can be reached at (908) 560-7265 and am available for a teleconference at the Court's convenience over the next several days.

Respectfully,
Nitin Kaushik
Attorney-at-Law
KaushikLex

This communication is confidential and intended solely for the recipient. No legal advice is given unless expressly stated.
**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.